Argued and submitted October 8, affirmed
November 26, 1979, reconsideration denied March 6,
petition for review allowed April 22, 1980

# ORE-IDA FOODS, INC., et al,
*Appellants,*

*v.*

# INDIAN HEAD CATTLE COMPANY,
*Respondent.*

(No. 15,129-L, CA 13805)

602 P2d 1133

Carl Burnham, Jr., Ontario, argued the cause for appellants. On the briefs were Cliff S. Bentz and Yturri, Rose & Burnham, Ontario.

[397]

William A. McCurdy, Boise, Idaho, argued the cause for respondent. On the brief were Jeremiah A. Quane; Quane, Smith, Howard & Hull; J. Burdette Pratt, Boise, and Henigson, Stunz, Fonda & Pratt, Nyssa.

Before Joseph, Presiding Judge, and Lee and Richardson, Judges.

JOSEPH, P.J.

## JOSEPH, P.J.

This is a companion case to *Ore-Ida Foods v. Gonzalez,* 43 Or App 393, 602 P2d 1132 (1979), and arises out of the death of Hilario Gonzalez while he was in the course and scope of his work as an employee of Ore-Ida. Plaintiffs are obligated to pay workers' compensation benefits to Donna Lee Burzota under ORS 656.226, but because she and the deceased were not married the plaintiffs cannot utilize the subrogation provisions of ORS 656.591 and 656.593. Plaintiffs instituted this action on a theory that defendant tortiously injured the employer by causing the death of its employee. The trial court sustained a demurrer, and plaintiffs appeal.

If plaintiffs' action is regarded as one for wrongful death, it is barred by the rule that there is no common law cause of action for death *(Richard v. Slate,* 239 Or 564, 396 P2d 900 (1964); *Goheen v. General Motors Corp.,* 263 Or 145, 502 P2d 223 (1972)), and they are not within the class of those who have a statutory action for wrongful death. *Jones v. Jones,* 270 Or 869, 530 P2d 34 (1974). If it is viewed as a negligence action arising out of a breach of a standard of care owed an employer by third parties the action is barred by the rule that an employer may not recover for injuries to an employee caused by the negligence of a third person, unless the injury was intentional. *Snow v. West,* 250 Or 114, 440 P2d 864 (1968); *Wampler v. Palmerton,* 250 Or 65, 439 P2d 601 (1968).

Affirmed.